UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOIS WILLOW ALLEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUGET SOUNDS GUARDIANS, et al.,<br><br>Defendants. | CASE NO. C18-1344-JCC<br><br>ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff Lois Willow Allen financially qualifies, her application to proceed *in forma pauperis* (Dkt. 1) is GRANTED.[1] However, this matter should be reviewed under 28 U.S.C. § 1915(e)(2)(B). *See generally* Cause Nos. C18-0026-JLR and C17-1595-JCC. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 23rd day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

---

[1] The Clerk's Office issued a deficiency letter and plaintiff did not respond. (Dkt. 2.) However, it is apparent from a review of the documents submitted that at least part of the deficiency identified – a separate application for named plaintiff Stewart Herron – cannot reasonably be corrected. (*See* Dkt. 1-5.) The Court otherwise finds sufficient information to address plaintiff's financial eligibility to proceed IFP.

ORDER RE: IFP APPLICATION
PAGE - 1