Pro Se 1 2016

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

SEP 11 2018  ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Lois Willow Allen,
~~Stewart Herron,~~

Plaintiff(s),

v.

Puget Sound Guardians, Et Al,

Defendant(s).

CASE NO. 18-CV-1344 JCC
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☒ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name — Lois Willow Allen
Street Address — 77 S Washington St
City and County — Seattle, King County
State and Zip Code — Washington 98104
Telephone Number — 907-887-4732 AT&T disabled it.

Stewart Herron @ North Ridge Assisted Living Home
745 N. 180th
Shoreline, King County, Washington
Unknown right now. They don't give him his mail.

COMPLAINT FOR A CIVIL CASE - 1

1  B.   Defendant(s)

2  *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Karen Newland and Dianne Klem |
| Job or Title *(if known)* | Director or owner or administrator |
| Street Address | POB 2649 |
| City and County | Lynnwood   King County |
| State and Zip Code | Washington |
| Telephone Number | at pugetsoundguardians.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

 Name _____

 Job or Title *(if known)* _____

 Street Address _____

 City and County _____

 State and Zip Code _____

 Telephone Number _____

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Right to life, liberty, and pursuit of happiness (United States Constitution)*
*Right to a fair trial. King County Courts did evil*
*Right to privacy - AK constitution, extended to all states per federal constitution*

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

1  B.     If the Basis for Jurisdiction Is Diversity of Citizenship

2          1.     The Plaintiff(s)

3                 a.   If the plaintiff is an individual.

4  The plaintiff (name) __Lois Willow Allen__, is a citizen of the

5  State of (name) __Washington or Alaska__.

6                 b.   If the plaintiff is a corporation.

7  The plaintiff, (name) _____, is incorporated under

8  the laws of the State of (name) _____, is incorporated under

9  the laws of the State of (name) _____, and has its principal

10 place of business in the State of (name) _____.

11 (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13         2.     The Defendant(s)

14                a.   If the defendant is an individual.

15 The defendant, (name) __Karen Newland, Dianne Klem__, is a citizen of the

16 State of (name) __Washington__. Or is a citizen of

17 (foreign nation) _____.

18                b.   If the defendant is a corporation.

19 The defendant, (name) __Karen Newland, Dianne Klem__, is incorporated under

20 the laws of the State of (name) __Washington__, and has its principal

21 place of business in the State of (name) __Washington__.

22 Or is incorporated under the laws of (foreign nation) _____,

23 and has its principal place of business in (name) _____.

24 (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

Debatable point. Over $75,000.

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Herron is illegally confined, over medicated, caused to suffer irretreivable health, robbed with false claims of his freedom and money.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

We ask for the freedom of Stewart Herron and compensation as the court sees fit.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4 identified, will likely have evidentiary support after a reasonable opportunity for further

5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6 Rule 11.

7 I agree to provide the Clerk's Office with any changes to my address where case-related

8 papers may be served. I understand that my failure to keep a current address on file with the

9 Clerk's Office may result in the dismissal of my case.

10 Date of signing: Sept 11, 2018

11 Signature of Plaintiff: Lois Willow Allen

12 Printed Name of Plaintiff: Lois Willow Allen

14 Date of signing: Sept 11, 2018

15 Signature of Plaintiff: Upon request of Stewart Herron

16 Printed Name of Plaintiff: Stewart Herron

18 Date of signing: _____

19 Signature of Plaintiff: _____

20 Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6